```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

| | | |
|---|---|---|
| MATTHEW T. MILHOUSE, JR., | : | |
| | : | Civil Action No. |
| Petitioner, | : | 11-5454 (JBS) |
| | : | |
| v. | : | |
| | : | **ORDER** |
| DONNA ZICKEFOOSE, | : | |
| | : | |
| Respondent. | : | |

For the reasons expressed in the Memorandum Opinion filed herewith,

IT IS on this **11th** day of **January**, **2012**,

ORDERED that the Clerk shall reopen this matter for the purposes of this Court's examination of Docket Entry No. 1, by making a new and separate entry on the docket reading, "CIVIL CASE REOPENED"; and it is further

ORDERED that the Petition for a writ of habeas corpus, filed pursuant to 28 U.S.C. § 2241, Docket Entry No. 1, is dismissed for lack of jurisdiction; and it is further

ORDERED that Petitioner's motion seeking appointment of <u>pro bono</u> counsel, Docket Entry No. 9, is denied as moot and as inapplicable to a habeas action; and it is further

ORDERED that the Clerk shall serve a copy of this Order and the Memorandum Opinion filed herewith upon Petitioner; such service shall be executed by regular U.S. mail; and it is finally

ORDERED that the Clerk shall close the file on this matter

by making a new and separate entry on the docket reading, "CIVIL CASE CLOSED."

                                         **s/ Jerome B. Simandle**
                                         JEROME B. SIMANDLE
                                         Chief U.S. District Judge